

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2015

No. 04-14-00874-CV

Juan Alberto **CASTILLO** and Ana L. Perez,
Appellants

v.

**COMPASS BANK,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2014-CVD-000024-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

On September 23, 2014, appellants Juan Alberto Castillo and Ana L. Perez filed separate notices of appeal from the trial court's August 27, 2014 judgment. On December 15, 2014, appellants filed separate affidavits of indigency in this court. By order dated January 20, 2015, we construed the affidavits as motions for extension of time to file the affidavits in the trial court and granted the motions. *See Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684 (Tex. 2008). In that same order, we ordered the clerk of this court to send copies of the affidavits and our order to the district clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2). We further ordered that anyone who desired to file a contest to the affidavits to file such contests in this court on or before January 30, 2015.

No contests were filed. Because no contests were filed, appellants are considered indigent for purposes of this appeal. Both the clerk's record and the reporter's record have been filed in this court. Accordingly, we ordered appellants to file their appellants' briefs in this court on or before January 13, 2015. Neither appellant has filed a brief.

Accordingly, we **ORDER** appellant Juan Alberto Castillo and appellant Ana L. Perez to file his and her briefs and written responses reasonably explaining their failures to timely file their briefs in this court on or before **March 30, 2015.** If appellant Juan Alberto Castillo fails to file a brief and the written response by the date ordered, we will dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Likewise, if appellant Ana L. Perez fails to file a brief and the written response by the date ordered, we will dismiss her appeal for want of prosecution. *See id.*

We **order** the clerk of this court to serve copies of this order on both appellants and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court